1  Shawn C. Westrick (SBN No. 235313)
   swestrick@westricklawfirm.com
2  The Westrick Law Firm, P.C.
   11075 Santa Monica Blvd., Ste. 125
3  Los Angeles, California 90025
   Telephone: (310) 746-5303
4  Facsimile: (310) 943-3373

5  Attorneys for Plaintiff and Class Members

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK PRADO, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.:  2:17-cv-05630-AB-KK<br><br>[Assigned to the Hon. André Birotte, Jr.]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR RELIEF FROM LOCAL RULE 23-3** |

1 **ORDER GRANTING RELIEF FROM LOCAL RULE 23-3**

2 Before the Court is the Parties' Stipulation for Relief from Local Rule 23-3
3 ("Stipulation").   After consideration of the Stipulation, the Court hereby grants the
4 Stipulation.  Good cause appearing therefore, the Court GRANTS the Stipulation and
5 ORDERS as follows:

6 Plaintiff's filing deadline for class certification is May 18, 2017.

7 **IT IS SO ORDERED.**

8

9 Dated:  October 24, 2017           _____
                                           Hon. André Birotte Jr.