1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PRADO, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-05630-AB-KK<br><br>[Assigned to the Hon. André Birotte, Jr.]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION** |

## **ORDER GRANTING *EX PARTE* APPLICATION**

Before the Court is Plaintiff's *ex parte* application seeking a continuance of the class certification deadline. After consideration of the application, the Court hereby grants the *ex parte* application. Good cause appearing therefore, the Court GRANTS the application and ORDERS as follows:

Plaintiff's filing deadline for class certification is August 17, 2018.

**IT IS SO ORDERED.**

Dated: May 10, 2018

_____
Hon. André Birotte, Jr.