UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Prado | Case No. CV 17-05630-AB (KKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Wal-Mart Stores, Inc., et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 17, 2019

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE