# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PRADO, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 10,<br><br>        Defendants. | **Case No.: 2:17-cv-05630-AB-KKx**<br><br>PUTATIVE CLASS ACTION<br><br>[Removal from the Superior Court of the State of California, County of Los Angeles, Case No. BC666295]<br><br>**[PROPOSED]** **ORDER ON JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff MARK PRADO ("Plaintiff") and Defendant WAL-MART, INC. ("Defendant"), by and through their counsel of record, hereby request and stipulate to dismissal of the above-entitled Action, with prejudice, as to all parties and claims. Each party shall bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED

DATED: January 23, 2019

_____
UNITED STATES DISTRICT COURT